# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 129 MM 2014
EX REL., MICHAEL JOHN PISKANIN :
JR., :
                  :
          Petitioner :
                  :
                  :
        v. :
                  :
                  :
FACILITY MANAGER FERGUSON AND :
DISTRICT ATTORNEY JAMES B. :
MARTIN ESQ. AND ATTORNEY :
GENERAL KATHLEEN KANE, :
                  :
          Respondents

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of September, 2014, the Application for Leave to File Original Process together with Petition for Writ of Habeas Corpus is **DENIED**.